UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ESROM DEMEKE | CIVIL ACTION |
| VERSUS | NO. 19-114-BAJ-RLB |
| BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND A&M COLLEGE, ET AL. | |

### O R D E R

The plaintiff(s) in this cause having tendered to the Court a complaint and affidavit(s) with a request for leave to proceed in forma pauperis;

**IT IS HEREBY ORDERED:**

( )  Plaintiff(s) application for leave to proceed in forma pauperis is **DENIED.** The plaintiff(s) is responsible for service of summons and complaint on the defendant(s).

( )  Plaintiff(s) application for leave to proceed in forma pauperis is **GRANTED.** The Clerk shall file said complaint without prepayment of costs or security thereof and the Clerk is directed to issue process to the defendant(s). The plaintiff(s) is responsible for service of summons and complaint on the defendant(s).

(X)  Plaintiff(s) application for leave to proceed in forma pauperis is **GRANTED**. The Clerk shall file said complaint without prepayment of costs or security thereof. Plaintiff is responsible for submitting the summons and address for the defendant(s). Upon plaintiff submitting the summons and address for the defendant(s), the Clerk is directed to issue process to the defendant(s). The United States Marshals Service shall serve the summons and complaint on the defendant(s) wherever found. Plaintiff(s) will be required to provide to the United States Marshal a completed U.S. Marshal Form 285 for each defendant to be served. The United States Marshal will not serve the defendant without a properly completed form.

Signed in Baton Rouge, Louisiana, on March 8, 2019.

RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE