UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ESROM DEMEKE**  **CIVIL ACTION**

**VERSUS**  **NO. 19-114-BAJ-RLB**

**BOARD OF SUPERVISORS OF
LOUISIANA STATE UNIVERSITY
AND A&M COLLEGE, ET AL.**

### ORDER

This Order is issued *sua sponte*. Plaintiff initiated this action on February 22, 2019, against the Board of Supervisors of Louisiana State University and A&M College and other defendants. In addition, Plaintiff filed a motion to proceed in forma pauperis. (R. Doc. 2). On March 8, 2019, the Court issued an order granting the motion to proceed in forma pauperis. (R. Doc. 5). In the Court's order (R. Doc. 5), the Court ordered that "The Clerk shall file said complaint without prepayment of costs or security thereof. Plaintiff is responsible for submitting the summons with the address of the defendant(s). Upon plaintiff submitting the summons with the address for the defendant(s), the Clerk is directed to issue process to the defendant(s). The United States Marshals Service shall serve the summons and complaint on the defendant(s) wherever found. Plaintiff(s) will be required to provide to the United States Marshal a completed U.S. Marshal Form 285 for each defendant to be served. The United States Marshal will not serve the defendant without a properly completed form."

A review of the Court's Docket Sheet reflects that there are no service returns in the record for the defendants. In addition, the Court has been notified by the United States Marshal that Plaintiff has not submitted a completed U.S. Marshal Form 285 for each of the defendants to be served. Based on the foregoing,

**IT IS ORDERED** that Plaintiff is again notified that he is responsible for providing "to the United States Marshal a completed U.S. Marshal Form 285 for each defendant to be served. The United States Marshal will not serve the defendant without a properly completed form." Plaintiff is informed that a failure to serve the defendants within the time allowed by Fed. R. Civ. P. Rule 4(m) may result in a recommendation of dismissal of his claims against the defendants.

Signed in Baton Rouge, Louisiana, on May 2, 2019.

_____
**RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE**