UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ESROM DEMEKE**                                                    **CIVIL ACTION**

**VERSUS**                                                          **NO. 19-114-BAJ-RLB**

**BOARD OF SUPERVISORS OF**
**LOUISIANA STATE UNIVERSITY**
**AND A&M COLLEGE, ET AL.**

**ORDER**

Before the Court is Plaintiff's Motion to Amend Order. (R. Doc. 11).

Plaintiff initiated this action on February 22, 2019, against the Board of Supervisors of Louisiana State University and A&M College and other defendants. (R. Doc. 1). Plaintiff is proceeding *pro se* and *in forma pauperis*. (R. Doc. 5). Plaintiff seeks amendment of a previous order issued by the Court pursuant to Rule 60(a) of the Federal Rules of Civil Procedure.

On May 2, 2019, the Court issued an order stating, among other things, that the Court had been notified by the United States Marshal that Plaintiff had not submitted a completed U.S. Marshal Form 285 for each of the defendants to be served as of the date of that Order. (R. Doc. 8). Plaintiff is seeking amendment of the May 2, 2019 Order on the basis that Plaintiff "provided the United States Marshal a completed U.S. Marshal Form 285 for each defendant to be served" on April 5, 2019. (R. Doc. 11).

On May 28, 2019, after the instant motion was filed, the United States Marshal filed into the record executed summons returns indicating that all defendants, with the exception of Rachel L. Champagne, were served on May 23, 2019. (R. Doc. 12). The United States Marshal has confirmed to the Court that Plaintiff has not submitted a completed U.S. Marshal Form 285 with

respect to Rachel L. Champagne.  Accordingly, the Court's May 2, 2019 Order does not require correction.

**IT IS ORDERED** that Plaintiff's Motion to Amend Order (R. Doc. 11) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff is again notified that he is responsible for providing to the United States Marshal a completed U.S. Marshal Form 285 for the defendant Rachel L. Champagne. The United States Marshal will not serve the defendant without a properly completed form.  Plaintiff is informed that a failure to serve the defendant within the time allowed by Fed. R. Civ. P. Rule 4(m) may result in a recommendation of dismissal of his claims against the defendant.

Signed in Baton Rouge, Louisiana, on June 3, 2019.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**