UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ESROM DEMEKE | CIVIL ACTION |
| VERSUS | NO. 19-114-BAJ-RLB |
| BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND A&M COLLEGE, ET AL. | |

## ORDER

A scheduling conference was held on August 8, 2019.

**PRESENT:**  **Esrom Demeke**
Plaintiff

**Sheri M. Morris**
Counsel for Defendants

The parties discussed the status of this matter. The Court noted that although Plaintiff was granted leave to amend his complaint (R. Doc. 15), he has not yet done so. Plaintiff informed the Court that he only intends to modify the relief sought. The Court also noted that there remain multiple pending motions to dismiss pursuant to Rule 12(b)(6). Those motions raise, among other things, assertions of absolute and qualified immunity. All parties agreed that it was appropriate to wait for rulings on those motions before commencing discovery and initial disclosures. Plaintiff's motion for an extension of time to file an opposition remains pending, and plaintiff's opposition was filed on August 5, 2019. Counsel for the defendant indicated that there was no objection to considering this opposition as timely filed. Therefore, the Motion for Extension of Time (R. Doc. 22) is **GRANTED** and the Memorandum in Opposition (R. Doc. 23) is considered timely filed.

C:cv32a; T: 00:20

Should the pending Rule 12 motions be ruled upon, the parties shall immediately contact the undersigned for appropriate action. The Court informed the parties that it was premature to issue a formal scheduling order at this time. Accordingly, the following deadlines are set at this time:

1. Plaintiff shall file an Amended Complaint on or before **August 15, 2019.**

2. Defendants may file a Reply to Plaintiff's Opposition (R. Doc. 23) on or before **August 29, 2019.**

3. A telephone conference is set for **Wednesday, September 18, 2019 at 9:00 a.m.** Counsel for the the defendants shall initiate the call to chambers or circulate call in information.

Should the parties desire a settlement conference with the undersigned, they are directed to contact chambers at (225) 389-3602.

Signed in Baton Rouge, Louisiana, on August 8, 2019.

_____
**RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE**

C:cv32a; T: 00:20