UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ESROM DEMEKE | CIVIL ACTION |
| VERSUS | NO. 19-114-BAJ-RLB |
| BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND A&M COLLEGE, ET AL. | |

## ORDER

A telephone conference was held on September 18, 2019.

**PRESENT:** **Esrom Demeke**
Plaintiff

**Sheri M. Morris**
Counsel for Defendants

The parties discussed the status of this matter. In light of the defendants' extended deadline to file responsive pleadings to the recently amended complaint, and the likelihood of further argument and briefing regarding the sufficiency of the pleadings in this matter, the Court will not enter a scheduling order at this time. A telephone conference is set for **Friday, October 18, 2019 at 9:00 a.m.** Counsel for the defendants shall initiate the call to chambers or circulate call in information.

Signed in Baton Rouge, Louisiana, on September 18, 2019.

_____
RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE

C:cv38a; T: 00:15