UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ESROM DEMEKE | CIVIL ACTION |
| VERSUS | NO. 19-114-BAJ-RLB |
| BOARD OF SUPERVISORS OF<br>LOUISIANA STATE UNIVERSITY<br>AND A&M COLLEGE, ET AL. | |

## ORDER

This matter is before the court on an Order (R. Doc. 29) setting a telephone conference for October 18, 2019 at 9:00 a.m. On August 19, 2019, two Motions to Dismiss (R. Docs. 30 and 31) were filed.

Because the Motions to Dismiss have been filed, the telephone conference set for October 18, 2019 is CANCELLED. Upon a resolution of the Motions to Dismiss, counsel for the defendants shall contact the undersigned should a conference need to be reset.

Signed in Baton Rouge, Louisiana, on October 16, 2019.

RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE