UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ESROM DEMEKE                                                        CIVIL ACTION

VERSUS

BOARD OF SUPERVISORS OF                                NO.: 19-00114-BAJ-RLB
LOUISIANA STATE UNIVERSITY AND
A&M COLLEGE, ET AL.

## ORDER

Considering the **Notice of Memorandum in Support of Plaintiff's Motion for Preliminary Injunction and Expedited Discovery (Doc. 32)**,

IT IS ORDERED that Defendants file a response by November 7, 2019.

IT IS FURTHER ORDERED that an Evidentiary Hearing on the motion is set before the undersigned on November 15, 2019 at 9:30 AM in Courtroom 2.

Baton Rouge, Louisiana, this 28th day of October, 2019.

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA