**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ESROM DEMEKE** | **CIVIL ACTION** |
| **VERSUS** | |
| **BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND A&M COLLEGE, ET AL.** | **NO.: 19-00114-BAJ-RLB** |

## ORDER

**IT IS ORDERED** that the Evidentiary Hearing on the **Notice of Memorandum in Support of Plaintiff's Motion for Preliminary Injunction and Expedited Discovery (Doc. 32)** set for November 15, 2019 at 9:30 AM is RESCHEDULED to **November 21, 2019 at 2:00 PM in Courtroom 2.**

Baton Rouge, Louisiana, this 14TH day of November, 2019.

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**